UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
 :
ANGEL BONILLA et al., :
 :
                        Plaintiffs, :
 : 19-CV-5327 (JMF)
      -v- :
 : DISMISSAL ORDER
LEX34 FRUIT & VEGETABLE CORP. et al., :
 :
                        Defendants. :
 :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed at the pretrial conference held on the record today, the claims of Plaintiff Jose Alfredo Vargas Arellano are hereby DISMISSED without prejudice. The Clerk of Court is directed to terminate Mr. Arellano as a plaintiff.

       SO ORDERED.

Dated: July 18, 2019
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge