**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
**ANGEL BONILLA et. al.,**

|  |  |  |
|---|---|---|
| | *Plaintiffs,* | Index No. 19-cv-05327 |

-against-

**LEX 34 FRUIT & VEGETABLE CORP. d/b/a**
**MERCI MARKET et. al.,**

**STIPULATION OF**
**DISCONTINUANCE**
**WITHOUT PREJUDICE**
**PENDING ARBITRATION**

*Defendants.*
------------------------------------------------------------------------x


IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for the parties herein that the following action herein be discontinued without prejudice pending arbitration.


Dated: New York, New York
        August 1, 2019


**MICHAEL FAILLACE &**              **HOFFMANN & ASSOCIATES**
**ASSOCIATES, P.C.**


By: /s/ Clifford R. Tucker          By:    /s/ Andrew Hoffmann____
    **Clifford R. Tucker, Esq.**           **Andrew S. Hoffmann, Esq.**
*Attorneys for Plaintiffs*           *Attorneys for Defendants*
**60 East 42nd Street, Suite 2540**     **450 Seventh Ave, Suite 1400**
**New York, NY 10118**               **New York, New York 10123**
**(212) 317-1200**                   **(212) 679-0400**


SO ORDERED: _____
                        U.S.D.J.
                August 2, 2019


All conferences are vacated, including the initial pretrial conference scheduled for September 19, 2019.  The Clerk of Court is directed to close the case.